IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARIA DEL MAR COLL, Individually, and as Personal Representative of the Estate of Roger Holt,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 21-113-GF-BMM<br><br>ORDER |

The United States has filed an unopposed motion to extend deadlines set in this Court's August 4, 2022 Order (Doc. 17). The motion is hereby GRANTED. The current expert deadlines are vacated, and the deadlines are set forth as follows:

| | |
|---|---|
| All parties shall disclose liability experts on or before: | October 21, 2022 |
| Plaintiffs shall disclose damages experts on or before: | October 21, 2022 |
| Defendants shall disclose damages experts on or before: | November 18, 2022 |
| All parties shall disclose rebuttal experts on or before: | December 9, 2022 |
| Discovery shall close on: | January 15, 2023 |

1

DATED this 19th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court