| | |
|---|---|
| MARK STEGER SMITH<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>2601 Second Avenue North, Suite 3200<br>Billings, MT 59101<br>Phone: (406) 247-4667<br>Fax: (406) 657-6058<br>Email: mark.smith3@usdoj.gov | ABBIE J.N. CZIOK<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>901 Front Street, Suite 1100<br>Helena, MT 59626<br>Phone: (406) 457-5268<br>Fax: (406) 457-5130<br>Email: abbie.cziok@usdoj.gov |

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARIA DEL MAR COLL, Individually, and as Personal Representative of the Estate of Roger Holt,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 21-113-GF-BMM<br><br>**UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

The United States files this Motion for Summary Judgment. Fed. R. Civ. P. 56. The motion is accompanied by a supporting brief. Because this is a dispositive motion, opposing counsel was not contacted prior to filing. D. Mont. L.R. 7.1.

1

**DATED** this 20th day of January, 2023.

JESSE A. LASLOVICH
United States Attorney


/s/ ABBIE J.N. CZIOK
ABBIE J.N. CZIOK
MARK STEGER SMITH
Assistant U.S. Attorneys
Attorneys for Defendant
