IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARIA DEL MAR COLL, Individually, and as Personal Representative of the Estate of Roger Holt,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 21-113-GF-BMM<br><br>ORDER |

The United States has filed an unopposed motion to reschedule the February 22, 2023 hearing on summary judgment. With good cause shown, it is hereby ordered that the motion is GRANTED. The hearing is RESET for February 28, 2023 at 1:30 p.m. before the undersigned.

**DATED** this 25th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court