IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| MARIA DEL MAR COLL, individually, and as Personal Representative of the Estate of Roger Holt,<br><br>　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-10,<br><br>　　　　Defendants. | CV 21-113-GF-BMM<br><br>ORDER |
|---|---|

Having settled all matters between them, parties now stipulate to the dismissal of this matter with prejudice, each party to bear its own fees and costs.

Wherefore IT IS HEREBY ORDERED this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 12th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court